ORIGINAL

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 20 DEC '21 11:40USDC-ORP

| United States of America | ) |
| v. | ) |
| Rico Anthony Russell Rigutto | ) Case No. 3:21-mj-229 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Rico Anthony Russell Rigutto,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute a Controlled Substance and Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846;

Unlawful Possession of a Machinegun, in violation of 18 U.S.C. § 922(o); and,

Possession of a Machinegun in Furtherance of a Drug Trafficking Crime, in vioaltion of 18 U.S.C. § 924(c).

Date: 12/14/2021

*Issuing officer's signature*

City and state: Portland, Oregon   Hon. Stacie F. Beckerman, United States Magistrate

*Printed name and title*

---

### Return

This warrant was received on (date) 12/14/21, and the person was arrested on (date) _____
at (city and state) _____

DATE 12/14/21
ARRESTED BY FBI

Date: _____

U.S. MARSHAL

*Arresting officer's signature*

BY _____

*Printed name and title*